WILLIAM W. MERCER
United States Attorney
P.O. Box 1478
2929 Third Avenue North, Suite 400
Billings, MT 59103
Phone: (406) 657-6101
FAX: (406) 657-6055

MICHAEL YURKANIN, JR.
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TASHALA LYNETT HAYMAN,<br><br>Defendant. | CR 02-82-GF-SEH<br><br>INDICTMENT<br><br>MAILING OF INJURIOUS ARTICLES (COUNT I)<br>Title 18 U.S.C. § 1716<br>(Penalty: 20 years imprisonment, $10,000 fine, and three years supervised release)<br><br>PRODUCTION OF FALSE IDENTIFICATION DOCUMENT (COUNT II)<br>Title 18 U.S.C. § 1028(a)(1), (c)(1) & (b)(1)<br>(Penalty: 15 years imprisonment, $250,000 fine, and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNT I

On or about the 1st day of August, 2002, in the State and District of Montana, the Defendant, TASHALA LYNETT HAYMAN, did knowingly deposit for mailing at the United States Post Office in Vaughn, Montana, located at 380 Post Avenue, Vaughn, Montana, and caused to be delivered by mail a package addressed to United States Senator Edward Kennedy, at U.S. Senate, 315 Russell Senate Office Building, Washington, D.C. 20510-2102, containing non-mailable matter, that is, Sodium Cyanide, a poison or material which may kill or injure another, with the intent to kill or injure Senator Edward Kennedy and/or members of his staff, in violation of Title 18 U.S.C. § 1716.

## COUNT II

On or about the 8th day of August, 2002, in the State and District of Montana, the Defendant, TASHALA LYNETT HAYMAN, did knowingly and without lawful authority produce an identification document, or a false identification document, to-wit: a purported social security card which appears to be issued by or under the authority of the United States Social Security Administration, all in violation of Title 18 U.S.C. § 1028(a)(1), (c)(1), and (b)(1).

A TRUE BILL.

_____
FOREPERSON

_____
WILLIAM W. MERCER
United States Attorney

_____
CARL E. ROSTAD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrants _____ Federal Custody
Bail _____ None

3